IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ESTEBAN BACA GASTELLUM,

    Petitioner,

v.                                                                                                No. CIV 08-584 JB/RLP

JAMES JANECKA, Warden, *et al.*,

    Respondents.

## ORDER

**THIS MATTER** comes before the Court on Petitioner's objections, filed September 15, 2008 (Doc. 13) to the Magistrate Judge's Report and Recommendation, filed August 28, 2008 (Doc. 12) and the Court having conducted a *de novo* review of the record, finds that the objections are not well-taken and that the Magistrate Judge's Report and Recommendation shall be adopted by the Court.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation is adopted by the Court and this case is dismissed with prejudice.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE